Argued and submitted November 9, affirmed as modified December 12, 1984

In the Matter of the Marriage of

BRAATEN,
*Respondent,*
*and*

BRAATEN,
*Appellant.*

(D8102-61627; CA A30731)

692 P2d 173

Larry I. Voth, Portland, argued the cause and filed the brief for appellant.

Jane Van Dyke, Portland, argued the cause and filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

In this dissolution of marriage case, we modify the decree to provide that husband shall receive statutory interest on the $5,000 judgment lien awarded to him against the real property known as "The Acreage," which was awarded to wife. As conceded by wife, we also reduce by $900 the $12,250 judgment awarded to wife against husband in paragraph 11 of the decree. In all other respects, we affirm.

Decree modified to provide for interest on husband's $5,000 judgment lien against wife and to reduce wife's judgment against husband from $12,250 to $11,350; affirmed in all other respects. No costs to either party.